UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>      Plaintiff,<br><br>  v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES, *et al.*,<br><br>      Defendants. | Civil Action No. 25-3199 (RCL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brett S. Covington and remove the appearance of Assistant United States Attorney Allison Ilene Brown as counsel for Defendants in the above-captioned case.

Dated: July 13, 2026                Respectfully submitted,

                                   By:   */s/ Brett S. Covington*
                                       BRETT S. COVINGTON
                                       D.C. Bar #1003835
                                       Assistant United States Attorney
                                       601 D Street, NW
                                       Washington, D.C. 20530
                                       (202) 252-0888
                                       Brett.Covington@usdoj.gov

                                       *Counsel for Defendants*