UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 25-3199 (RCL) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 22, 2026 Order, ECF No. 13, Plaintiff Government Accountability & Oversight ("Plaintiff"), and Defendants Centers for Medicare & Medicaid Services ("CMS") and the Department of Health and Human Services ("HHS"), respectfully submit this joint status report in this action brought under the Freedom of Information Act ("FOIA"). The parties report as follows:

Plaintiff has requested copies of certain email correspondence, within specific dates, of five political-appointee custodians, containing at least one keyword relating to reform of the government healthcare payment system.

As stated previously, Defendants have completed their search for responsive documents and, after re-running a search, identified a total of 1,710 pages of potentially responsive documents. *See* May 19, 2026 Joint Status Report at 1 (ECF No. 12). To date, Defendants have reviewed approximately 1,531 pages. The most recent production of documents (the third interim release) was on May 13, 2026, which contained 105 pages of redacted records. *See id.* at 2. Prior to that Defendant produced 19 pages on April 2, 2026 and 170 pages on March 23, 2026 (294

pages produced to date).

Following that May production, additional narrowing and searching was required after CMS identified an issue with an incorrect link previously provided. As of July 29, 2026, CMS had confirmed that approximately 711 pages remained for review and processing. Defendants currently expect to complete their review and processing of 400 additional pages by or on August 28, 2026. Defendants will then produce any reasonably segregable, nonexempt portions of those 400 pages in their fourth interim release to Plaintiff.

Defendants anticipate that following the fourth interim release, there will be approximately 311 pages left to review and process. CMS currently anticipates that it will make its final interim release by or on September 30, 2026, subject to other government agencies completing their ongoing consultations.

After Defendants have completed their productions, counsel for the parties will cooperatively work together to attempt to potentially narrow or resolve any substantive issues of disagreement. In this light, the parties agree that the filing of a *Vaughn* Index and summary judgment briefing is still premature. The parties propose filing another joint status report in approximately ninety days, or on or before November 18, 2026, to apprise the Court of the status of the case.

Dated: August 20, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Brett S. Covington
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Counsel for Defendant*

/s/ Matthew Hardin
MATTHEW D. HARDIN
Hardin Law Office
101 Rainbow Drive, PMB 11506
Livingston, TX 77399
(202) 802-1948
matthewdhardin@gmail.com

*Counsel for Plaintiff*