**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GOVERNMENT ACCOUNTABILITY & OVERSIGHT,

Plaintiff,

v.

CENTERS FOR MEDICARE & MEDICAID SERVICES, *et al.*,

Defendants.

Civil Action No. 25-3199 (RCL)

**JOINT STATUS REPORT**

Plaintiff Government Accountability & Oversight ("Plaintiff"), and Defendants Centers for Medicare & Medicaid Services ("CMS") and the Department of Health and Human Services ("HHS"), respectfully submit this joint status report in this action brought under the Freedom of Information Act ("FOIA"). The parties report as follows:

Plaintiff has requested copies of certain email correspondence, within specific dates, of five political-appointee custodians, containing at least one keyword relating to reform of the government healthcare payment system.

As stated previously, Defendants have completed their search for responsive documents and, after re-running a search, identified a total of 1,710 pages of potentially responsive documents. *See* May 19, 2026 Joint Status Report at 1 (ECF No. 12). The third interim release was on May 13, 2026, which contained 105 pages of redacted records. *See id.* at 2. Defendants have since processed the remaining 711 pages, and produced them on August 28, 2026. All productions, excluding consults, have been made (with Plaintiff retaining its right to challenge the redactions/withholdings in each production). 168 pages are still remaining outstanding on consult.

After Defendants have completed their productions, counsel for the parties will cooperatively work together to attempt to potentially narrow or resolve any substantive issues of disagreement. In this light, the parties agree that the filing of a *Vaughn* Index and summary judgment briefing is still premature. The parties propose filing another joint status report in approximately ninety days, or on or before January 19, 2027, to apprise the Court of the status of the case.

Dated: November 18, 2026

Respectfully submitted,

/s/ Matthew Hardin
MATTHEW D. HARDIN
Hardin Law Office
101 Rainbow Drive, PMB 11506
Livingston, TX 77399
(202) 802-1948
matthewdhardin@gmail.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Brett S. Covington
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Counsel for Defendants*