**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GOVERNMENT ACCOUNTABILITY & OVERSIGHT,

*Plaintiff,*

v.

CENTERS FOR MEDICARE & MEDICAID SERVICES, et al.,

*Defendants.*

**Case No. 1:25-CV-3199-RCL**

## ORDER

It is hereby **ORDERED** that, consistent with parties' Joint Status Report [ECF No. 16], parties will submit a joint status report by January 19, 2027, advising the Court whether further proceedings are necessary and, if so, proposing a schedule for such proceedings.

**SO ORDERED.**

The Court commends counsel for their cooperative efforts!

Date: 14 November, 2026

Hon. Royce C. Lamberth
United States District Judge